UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANA SMITHEE, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**CALIFORNIA CORRECTIONAL INSTITUTE, et al.,**<br><br>Defendants. | Case No. 1:19-cv-00004 LJO JLT<br><br>**ORDER RECLASSIFYING THE CASE AS A PRISONER ACTION** |

In this action, the plaintiffs seek to recover damages they suffered and those suffered by their relative who committed suicide while in custody. (Doc. 1) The defendants in this action include government employees and the State of California[1]. Therefore, the Court **ORDERS** the matter to be reclassified as a "prisoner action." Despite this, however, the requirements of Local Rules 230(l), 240(c)(8) and 271(a)(2) SHALL NOT apply.

IT IS SO ORDERED.

Dated: **January 28, 2019**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

---

[1] The plaintiffs seem to assert a *Monell* claim against the State but fail to account for the Eleventh Amendment immunity. Clearly, if this is their intention, it cannot proceed. Thus, the plaintiffs SHALL consider their intentions in this regard.