GREGORY J. BROD, CSB 184456
MARKUS WILLOUGHBY, CSB 197478
WILLOUGHBY BROD, LLP
96 Jessie Street
San Francisco, California 94105
Telephone (415) 397-1130
Facsimile (415) 397-2121

Attorneys for Plaintiffs
DANA SMITHEE, E.M.,
a minor by and through guardian
ad litem JENNIFER MONTES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA SMITHEE, "E.M.", a minor, by and through her guardian ad litem, JENNIFER MONTES,<br><br>Plaintiffs,<br><br>vs.<br><br>CALIFORNIA CORRECTIONAL INSTITUTION, STATE OF CALIFORNIA, RHONDA LITT-STONER, and DOES 1 through 200,<br><br>Defendants. | Case No. 1:19-cv-0004 LJO JLT<br><br>**STIPULATION AND PROPOSED ORDER TO ALLOW FILING OF FIRST AMENDED COMPLAINT**<br>(Doc. 15) |

Plaintiffs DANA SMITHEE, "E.M.", a minor, by and through her guardian ad litem, JENNIFER MONTES and Defendants STATE OF CALIFORNIA and RHONDA LITT-STONER, by and thorough their respective attorneys, jointly stipulate to allow plaintiffs to file a First Amended Complaint.

The parties further stipulate that defendants shall be entitled to respond to the First Amended Complaint within twenty-one (21) days upon being served with the First Amended Complaint.

IT IS SO STIPULATED.

Dated: March 29, 2019    **WILLOUGHBY BROD, LLP**

By: ___/S/ Gregory J. Brod___
GREGORY J. BROD

*Attorneys for Plaintiffs*
*DANA SMITHEE, E.M.,*
*a minor by and through guardian*
*ad litem JENNIFER MONTES*

Dated: March 29, 2019    **ATTORNEY GENERAL OF CALIFORNIA**

By: ___/S/ Jeremy Duggan (authorized 3/28/19)___
JEREMY DUGGAN, ESQ.

*Attorneys for Defendants R. Litt-Stoner and*
*State of California*

# ORDER

Based upon the stipulation of the parties, the Court **ORDERS**:

1. The stipulation is **GRANTED**. Plaintiffs may file a first amended complaint within 10 days. After it is filed, the defendants have 21 days to file a responsive pleading.

IT IS SO ORDERED.

Dated: **April 23, 2019**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE