UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA SMITHEE, et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>CALIFORNIA CORRECTIONAL INSTITUTION, et al.,<br><br>        Defendants. | Case No. 1:19-cv-0004 LJO JLT<br><br>**ORDER GRANTING STIPULATION TO CONTINUE THE MANDATORY SCHEDULING CONFERENCE**<br>(Doc. 17) |

Based upon the stipulation of the parties, the Court **ORDERS**:

1.     The stipulation is **GRANTED**. The mandatory scheduling conference is continued to July 18, 2019 at 9:30 a.m.

IT IS SO ORDERED.

    Dated:   **April 29, 2019**                     **/s/ Jennifer L. Thurston**
                                                               UNITED STATES MAGISTRATE JUDGE