GREGORY J. BROD, CSB 184456
MARKUS WILLOUGHBY, CSB 197478
WILLOUGHBY BROD, LLP
96 Jessie Street
San Francisco, California 94105
Telephone (415) 397-1130
Facsimile (415) 397-2121

Attorneys for Plaintiffs
DANA SMITHEE, E.M.,
a minor by and through guardian
ad litem JENNIFER MONTES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA SMITHEE, "E.M.", a minor, by and through her guardian ad litem, JENNIFER MONTES,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>RHONDA LITT-STONER, PRATAP NARAYN, M.D., JENNIFER SEYMOUR, KELLY NESSON, PhD, KARIN CELOSSE, and DOES 1 through 200,<br><br>　　　　　Defendants. | Case No. 1:19-cv-0004 LJO JLT<br><br>**AMENDED STIPULATION AND ~~PROPOSED~~ ORDER GRANTING IN PART STIPULATION TO ALLOW THE FILING OF A SECOND AMENDED COMPLAINT**<br>(Doc. 24) |

**AMENDED STIPULATION AND ~~PROPOSED~~ ORDER TO ALLOW FILING OF SECOND AMENDED COMPLAINT:** Case No. 1:19-cv-0004 LJO JLT

- 1

Pursuant to stipulation between the parties, this Court's April 23, 2019 order (Document 16), allowed Plaintiffs DANA SMITHEE, "E.M.", a minor, by and through her guardian ad litem, JENNIFER MONTES, to file a First Amended Complaint within 10 days of the Court's order, which plaintiffs have now done.

As a professional courtesy, Defendant's counsel produced over 1300 pages of Mr. AYERS' medical records to Plaintiffs' counsel on or about May 1, 2019. Having reviewed that material, Plaintiffs now wish to amend their complaint a second time to add new state-law claims against Defendants PRATAP NARAYN, M.D., JENNIFER SEYMOUR, KELLY NESSON, PhD, and KARIN CELOSSE.

Initially, upon discovering the identities of the aforementioned defendants, plaintiffs chose to submit a notice of claim, pursuant to California Govt. Code § 910, et seq., which plaintiffs are now certain was entirely unnecessary, as Cal. Govt. Code § 910(e) requires a claim to include the names of the public employee or employees causing the injury damage or loss, *if known* (emphasis added). Defendant has not seen Plaintiffs' proposed second amended complaint, and takes no position as to whether it is sufficiently supported by the previously-filed Government claim. Defendant does not waive any defense under the California Government Claims Act, including the sufficiency or timeliness of any claim. Defendant agrees that allowing the amendment at this early stage of the case will promote efficiency.

Therefore, defendants and plaintiffs, by and through their respective attorneys, jointly stipulate to allow plaintiffs to now file their Second Amended Complaint. The parties further stipulate that Defendants shall be entitled to respond to the Second Amended Complaint within forty-five (45) days upon being served with the Second Amended Complaint. The parties

**AMENDED STIPULATION AND ~~PROPOSED~~ ORDER TO ALLOW FILING OF SECOND AMENDED COMPLAINT:** Case No. 1:19-cv-0004 LJO JLT

- 2 -

further stipulate that the scheduling conference in this matter, currently set for July 18, 2019, be continued to August 15, 2019.

IT IS SO STIPULATED.

Dated: May 22, 2019                                     **WILLOUGHBY BROD, LLP**

By:    */S/ Gregory J. Brod*
       GREGORY J. BROD

*Attorneys for Plaintiffs*
*DANA SMITHEE, E.M.,*
*a minor by and through guardian*
*ad litem JENNIFER MONTES*

Dated: May 22, 2019                                     XAVIER BECERRA
Attorney General of California
JON S. ALLIN
Supervising Deputy Attorney General

By:   */S/ Jeremy Duggan (auth. on 5/22/19)*
   JEREMY DUGGAN
   Deputy Attorney General
   *Attorneys for Defendant*
   *R. Litt-Stoner*

# [~~Proposed~~] ORDER

Based upon the stipulation of the parties, the Court **ORDERS**:

1. The plaintiff SHALL file any amended complaint no later than May 30, 2019[1];

2. The defendants SHALL file a responsive pleading within 21 days of the filing of the second amended complaint.

IT IS SO ORDERED.

Dated: __May 23, 2019__                    __/s/ Jennifer L. Thurston__
                                            UNITED STATES MAGISTRATE JUDGE

---

[1] The parties offer no explanation for the delays in filing the complaint and the response. This case was filed nearly six months ago, and it has not progressed. This matter SHALL proceed more efficiently in the future and any requests to delay this process SHALL be supported by good cause.

**AMENDED STIPULATION AND ~~PROPOSED~~ ORDER TO ALLOW FILING OF SECOND AMENDED COMPLAINT:** Case No. 1:19-cv-0004 LJO JLT

- 4 -