1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  JON S. ALLIN, State Bar No. 155069
   Supervising Deputy Attorney General
3  JEREMY DUGGAN, State Bar No. 229854
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 210-6008
6   Fax: (916) 324-5205
    E-mail: Jeremy.Duggan@doj.ca.gov
7  *Attorneys for Defendant*
   *R. Litt-Stoner*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DANA SMITHEE, et al.,** | Case No. 1:19-cv-00004 LJO JLT |
| Plaintiffs, | **STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT; [PROPOSED] ORDER** |
| v. | |
| **CA CORRECTIONAL INSTITUTION, et al.,** | (Doc. 24) |
| Defendants. | |

    The Court has ordered that Defendants in this matter respond to the Second Amended Complaint within 21 days of its filing. (ECF No. 25.) Plaintiffs filed the Second Amended Complaint on May 24, 2019. (ECF No. 26.)

    Defendant Litt-Stoner is the only Defendant to appear in this matter, her response to the Second Amended Complaint is therefore due June 14, 2019. Defendant Litt-Stoner's counsel has informed Plaintiffs' counsel, and now informs the Court, that he has a long-planned vacation scheduled for June 7-16.

    The four other Defendants (Narayn, Seymour, Nesson, and Celosse) have not yet been served with any complaint or summons in this matter. Plaintiffs have requested that Defendant

Litt-Stoner's counsel accept service. Defendant Litt-Stoner's counsel responded that he has not yet confirmed that he will be representing those four Defendants, and so he cannot accept service at this point.

In view of the fact that four of the five named Defendants have not yet been served, and in view of defense counsel's planned vacation, the parties hereby stipulate and agree as follows:

(1) Defendant Litt-Stoner's response to Plaintff's Second Amended Complaint shall be due June 24, 2019;

(2) The remaining Defendants' responses shall be due after service, in accordance with the Federal Rules of Civil Procedure.

Adoption of this stipulation will not cause significant delay in the case or prejudice to any party. The proposed due date for Litt-Stoner's response is only four days after the response date that would have resulted had Plaintiffs filed the Second Amended Complaint on May 30, 2019, as contemplated by the Court's order. There have been no previous extensions of time sought for this filing deadline.

Dated: June 3, 2019    Willoughby Brod, LLP

***/s/ Gregory J. Brod (as authorized 6/3/2019)***

Gregory J. Brod
*Attorneys for Plaintiffs Dana Smithee and E.M., a minor by and through guardian ad litem Jennifer Montes*

Dated: June 3, 2019    XAVIER BECERRA
Attorney General of California
JON S. ALLIN
Supervising Deputy Attorney General

***/s/ Jeremy Duggan***

JEREMY DUGGAN
Deputy Attorney General
*Attorneys for Defendants*
*State of California and R. Litt-Stoner*

**[~~Proposed~~] ORDER**

The Court notes that the previous stipulation (Doc. 25), related to the parties' agreement to allow the plaintiff to file a second amended complaint, was binding only on the parties who signed the stipulation—the plaintiffs and defendant Litt-Stoner. Consequently, the Courts order applied only to those parties, which are the only parties over whom it has jurisdiction currently. Thus, the Court **ORDERS**:

1. Defendant Litt-Stoner SHALL file the responsive pleading no later than June 24, 2019;
2. The request as to the remaining unserved defendants is DENIED as UNRIPE.

IT IS SO ORDERED.

Dated: **June 5, 2019**            **/s/ Jennifer L. Thurston**
                                                                   UNITED STATES MAGISTRATE JUDGE