# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA SMITHEE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CALIFORNIA CORRECTIONAL INSTITUTION, et al., <br><br> Defendants. | Case No.: 1:19-cv-00004-LJO-JLT <br><br> ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE FOURTH AMENDED COMPLAINT <br><br> (Docs. 61, 62) <br><br> THIRTY-DAY DEADLINE |

On December 11, 2019, Plaintiffs filed a motion to extend time to file their fourth amended complaint. (Doc. 61.) Plaintiffs notified the Court that the request to extend time is not objectionable to any party. (Doc. 62.) Good cause appearing therefore, the Court **GRANTS** Plaintiffs' motion to extend time. Plaintiffs shall file their fourth amended complaint within thirty days from the date of service of this order.

IT IS SO ORDERED.

Dated: **December 16, 2019**      **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE