GREGORY J. BROD, CSB 184456
MARKUS WILLOUGHBY, CSB 197478
WILLOUGHBY BROD, LLP
96 Jessie Street
San Francisco, California 94105
Telephone (415) 397-1130
Facsimile (415) 397-2121

Attorneys for Plaintiffs
DANA SMITHEE, E.M.,
a minor by and through guardian
ad litem JENNIFER MONTES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA SMITHEE, "E.M.", a minor, by and through her guardian ad litem, JENNIFER MONTES,<br><br>        Plaintiffs,<br><br>    vs.<br><br>CALIFORNIA CORRECTIONAL INSTITUTION, PRATAP NARAYAN, KARIN CELOSSE, JENNIFER SEYMOUR, RHONDA LITT-STONER, and DOES 1 through 200,<br><br>        Defendants. | Case No. 1:19-cv-0004 LJO JLT<br><br>**STIPULATION AND PROPOSED ORDER CONTINUING THE HEARING DATE OF MOTIONS TO DISMISS** |

On or about January 30, 2020, Defendant PRATAP NARAYAN filed a Motion to Dismiss the Fourth Amended Complaint (Document 66) (hereinafter referred to as the "NARAYAN Motion"). On or about January 30, 2020, Defendants KARIN CELOSSE, JENNIFER SEYMOUR, RHONDA LITT-STONER filed a Motion to Dismiss the Fourth Amended Complaint (Document 67) (hereinafter referred to as the "C.C.I. Defendants' Motion"). The hearing date for both motions is currently set for March 9, 2020.

The parties have agreed to continue the hearing date to March 31, 2020, or to a date convenient to this Court. In addition, plaintiffs' oppositions to the NARAYAN Motion and the C.C.I. Defendants' Motion would be due on or by March 10, 2020, with reply briefs due on or by March 24, 2020.

IT IS SO STIPULATED.

Dated: February 20, 2020  **WILLOUGHBY BROD, LLP**

By: ___/S/ Gregory J. Brod___
     GREGORY J. BROD

*Attorneys for Plaintiffs*
DANA SMITHEE, E.M.,
*a minor by and through guardian*
*ad litem* JENNIFER MONTES

Dated: February 20, 2020  **BEESON TERHORST, LLP**

By: ___S/ Jeffrey E. Beeson___
     JEFFREY E. BEESON, ESQ.

*Attorneys for Defendant*
PRATAP NARAYAN, M.D.

---

**SECOND STIPULATION AND PROPOSED ORDER REGARDING HEARING DATE OF MOTIONS TO DISMISS:** Case No. 1:19-cv-0004 LJO JLT

Dated: February 20, 2020

**XAVIER BECERRA**
**Attorney General of California**
JON S. ALLIN
Supervising Deputy Attorney General


By: _____*S/ Jeremey Duggan*_____
JEREMY DUGGAN
Deputy Attorney General
*Attorneys for Defendants Celosse,*
*Litt-Stoner, Seymour*

# [~~Proposed~~] ORDER

Good cause appearing, the parties' stipulation to allow the continuance of the hearing date for the motions to dismiss is GRANTED. The hearing for the two motions to dismiss, currently set for March 9, 2020 at 9:30 a.m., is continued to March 31, 2020 at 9:30 a.m. Plaintiffs are to file any opposition to the motions to dismiss by March 10, 2020, and any reply briefs due on or by March 24, 2020.

IT IS SO ORDERED.

Dated: **February 25, 2020**          **/s/ Jennifer L. Thurston**
                                      UNITED STATES MAGISTRATE JUDGE