XAVIER BECERRA, State Bar No. 118517
Attorney General of California
JOANNA B. HOOD, State Bar No. 264078
Supervising Deputy Attorney General
JEREMY DUGGAN, State Bar No. 229854
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-6008
 Fax: (916) 324-5205
 E-mail: Jeremy.Duggan@doj.ca.gov
*Attorneys for Defendants*
*K. Celosse*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DANA SMITHEE, et al.,** | Case No. 1:19-cv-00004-NONE-JLT |
| Plaintiffs, | **STIPULATION FOR CONTINUANCE OF SCHEDULING CONFERENCE; [PROPOSED] ORDER** |
| v. | (Doc. 94) |
| **CA CORRECTIONAL INSTITUTION, et al.,** | |
| Defendants. | |

The parties hereby stipulate and request that the scheduling conference in this matter, currently set for December 21, 2020 at 9:30 a.m., be continued to January 21, 2021 at 9:30 a.m. A scheduling order may be modified upon a showing of good cause and by leave of Court. Fed. R. Civ. P. 6(b)(1)(A), 16(b)(4); *see also Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). Here, Defendant's answer is currently due December 15, 2020, after the parties' joint scheduling report is currently due. (*See* Minute Order, ECF No. 19.) The parties' conference leading to the joint scheduling report cannot be as productive if done before the pleadings are set, which would lead to a less productive scheduling conference. The parties therefore agree to and request that the scheduling conference be continued to January 21, 2021.

1

1  The parties have sought two continuances of this date before.  (ECF Nos. 13, 17.)  The continuance is not being sought for any improper purpose.

Based on the foregoing, the parties stipulate as follows: that the scheduling conference, previously set for December 21, 2020 at 9:30 a.m., be continued to January 21, 2020 at 9:30 a.m.

Dated:  December 11, 2020        Brod Law Firm, P.C.

*/s/ Gregory J. Brod (as authorized 12/11/2020)*

Gregory J. Brod
*Attorneys for Plaintiffs Dana Smithee and E.M., a minor by and through guardian ad litem Jennifer Montes*

Dated:  December 11, 2020        Respectfully submitted,

XAVIER BECERRA
Attorney General of California
JOANNA B. HOOD
Supervising Deputy Attorney General

*/s/ Jeremy Duggan*

JEREMY DUGGAN
Deputy Attorney General
*Attorneys for Defendant*
K. Celosse

**[~~Proposed~~] ORDER**

Good cause appearing, the parties' stipulation to continue the scheduling conference is GRANTED.  The scheduling conference, previously set for December 21, 2020, at 9:30 a.m., is continued to January 21, 2021 at 9:30 a.m.

IT IS SO ORDERED.

Dated:   **December 11, 2020**                    **/s/ Jennifer L. Thurston**
                                                                                    UNITED STATES MAGISTRATE JUDGE