GREGORY J. BROD, CSB 184456
BROD LAW FIRM, P.C.
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone (415) 397-1130
Facsimile (415) 397-2121

JEFFREY LIPMAN, ISB 9759
LIPMAN LAW FIRM, P.C.
1454 30th Street, Suite 205
Des Moines, Iowa 50266
Telephone (515) 276-3411
Facsimile (525) 276-3736

Attorneys for Plaintiffs
DANA SMITHEE, E.M.,
a minor by and through guardian
ad litem JENNIFER MONTES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA SMITHEE, "E.M.", a minor, by and through her guardian ad litem, JENNIFER MONTES,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>RHONDA LITT-STONER, PRATAP NARAYAN, M.D., JENNIFER SEYMOUR, KARIN CELOSSE,<br><br>　　　　　Defendants. | Case No. 1:19-cv-0004 NONE JLT<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO KEEP DISCOVERY OPEN FOR LIMITED PURPOSE** |

**STIPULATION AND PROPOSED ORDER TO KEEP DISCOVERY OPEN FOR LIMITED PURPOSE:**
Case No. 1:19-cv-0004 NONE JLT

1

Plaintiffs DANA SMITHEE, "E.M.", a minor, by and through her guardian ad litem, JENNIFER MONTES and Defendant KARIN CELOSSE, by and through their respective attorneys, jointly stipulate to the following:

1) The parties agree to extend the discovery cut-off date of October 14, 2021, to November 24, 2021 for the limited purpose of the deposition of PRATAP NARAYAN, M.D.  Fact discovery for any other purpose closes on October 14, 2021, as scheduled.

IT IS SO STIPULATED.

Dated:  October 5, 2021                **BROD LAW FIRM, P.C.**


By: ____*/S/ Gregory J. Brod*_____
     GREGORY J. BROD

*Attorneys for Plaintiffs*
*DANA SMITHEE, E.M.,*
*a minor by and through guardian*
*ad litem JENNIFER MONTES*


Dated:  October 5, 2021                ROB BONTA
                                       Attorney General of California
                                       JON S. ALLIN
                                       Supervising Deputy Attorney General


By: _*/S/ Jeremy Duggan*_____
 (per authority for electronic signature)
         JEREMY DUGGAN

*Attorneys for Defendant K. Celosse*

---

**STIPULATION AND PROPOSED ORDER TO KEEP DISCOVERY OPEN FOR LIMITED PURPOSE:**
Case No. 1:19-cv-0004 NONE JLT

2

**[~~Proposed~~] ORDER**

Good cause appearing, the parties' stipulation to keep discovery open for the limited purpose of deposing PRATAP NARAYAN, M.D. is GRANTED.  Fact discovery for any other purpose closes on October 14, 2021, as scheduled

IT IS SO ORDERED.

Dated:   **October 6, 2021**              \_ **/s/ Jennifer L. Thurston**
                                                          CHIEF UNITED STATES MAGISTRATE JUDGE