GREGORY J. BROD, CSB 184456
BROD LAW FIRM, P.C.
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone (415) 397-1130
Facsimile (415) 397-2121

JEFFREY LIPMAN, ISB 9759
LIPMAN LAW FIRM, P.C.
1454 30th Street, Suite 205
Des Moines, Iowa 50266
Telephone (515) 276-3411
Facsimile (525) 276-3736

Attorneys for Plaintiffs
DANA SMITHEE, E.M.,
a minor by and through guardian
ad litem JENNIFER MONTES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA SMITHEE, "E.M.", a minor, by and through her guardian ad litem, JENNIFER MONTES,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>RHONDA LITT-STONER, PRATAP NARAYAN, M.D., JENNIFER SEYMOUR, KARIN CELOSSE,<br><br>　　　　　Defendants. | Case No. 1:19-cv-0004 NONE JLT<br><br>**SECOND STIPULATION AND PROPOSED ORDER TO KEEP DISCOVERY OPEN FOR LIMITED PURPOSE** |

**SECOND STIPULATION AND PROPOSED ORDER TO KEEP DISCOVERY OPEN FOR LIMITED PURPOSE:** Case No. 1:19-cv-0004 NONE JLT

1

Plaintiffs DANA SMITHEE, "E.M.", a minor, by and through her guardian ad litem, JENNIFER MONTES and Defendant KARIN CELOSSE, by and through their respective attorneys, jointly stipulate to the following:

1) Following the deposition of Defendant KARIN CELOSSE, taken October 6, 2021, Plaintiffs have determined they may dismiss Defendant CELOSSE, and amend their complaint to add a different defendant.

2) The current discovery cut-off date is October 14, 2021 and plaintiffs' depositions are currently set for October 12, 2021.

3) To avoid the burden of taking those depositions unnecessarily, the parties hereby stipulate and agree to extend the discovery cut-off date of October 14, 2021 to November 24, 2021, for the limited purpose of taking plaintiffs' depositions. In addition, the deadline to respond to any currently outstanding written discovery requests is extended to November 24, 2021. Fact discovery for any other purpose closes on October 14, 2021, as scheduled.

IT IS SO STIPULATED.

Dated:  October 7, 2021         **BROD LAW FIRM, P.C.**


By: ____*/S/ Gregory J. Brod*_____
      GREGORY J. BROD

*Attorneys for Plaintiffs*
*DANA SMITHEE, E.M.,*
*a minor by and through guardian*
*ad litem JENNIFER MONTES*

**SECOND STIPULATION AND PROPOSED ORDER TO KEEP DISCOVERY OPEN FOR LIMITED PURPOSE:** Case No. 1:19-cv-0004 NONE JLT

Dated: October 7, 2021

ROB BONTA
Attorney General of California
JON S. ALLIN
Supervising Deputy Attorney General

By: _/S/ Jeremy Duggan_____
(per authority for electronic signature)
JEREMY DUGGAN

*Attorneys for Defendant K. Celosse*

**SECOND STIPULATION AND PROPOSED ORDER TO KEEP DISCOVERY OPEN FOR LIMITED PURPOSE:** Case No. 1:19-cv-0004 NONE JLT

## [~~Proposed~~] ORDER

Good cause appearing, the parties' stipulation to keep discovery open for the limited purpose of deposing plaintiffs, and to provide outstanding discovery responses, until November 24, 2021 is approved. Fact discovery for any other purpose closes on October 14, 2021, as scheduled.

IT IS SO ORDERED.

    Dated: __October 7, 2021__           _____ /s/ Jennifer L. Thurston
                                                      CHIEF UNITED STATES MAGISTRATE JUDGE