UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANA SMITHEE, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**CA CORRECTIONAL INSTITUTION, et al.**<br><br>Defendant. | Case No. 1:19-cv-00004-NONE-JLT<br><br>**ORDER DENYING STIPULATION TO AMEND THE CASE SCHEDULE (Doc. 110)** |

Since October 6, 2021, the plaintiff has indicated she intends to dismiss defendant Karen Celosse from the action and to seek to amend her complaint (Doc. 110). Consequently, the Court granted the stipulation submitted on October 7, 2021 to extend the non-expert discovery to October 14, 2021 and to extend the deadline for Ms. Smithee to respond to the outstanding discovery (Doc. 111). Despite the passage of more than a month. The parties have failed to complete the dismissal and are, again, seeking to extend the deadline for the plaintiff to respond to discovery requests, to take the deposition of the plaintiff and to disclose experts (Doc. 113).

///
///
///
///
///

They offer absolutely no explanation for their failure to complete this discovery or why they have failed to comply with the amended deadlines the Court granted them at their request. Consequently, the stipulation is **DENIED**.  **They SHALL complete discovery within the current deadlines.**

IT IS SO ORDERED.

Dated:   **November 15, 2021**                                **/s/ Jennifer L. Thurston**
                                                              CHIEF UNITED STATES MAGISTRATE JUDGE