UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANA SMITHEE, et al.,** | Case No. 1:19-cv-00004-NONE-JLT |
| Plaintiffs, | **ORDER CLOSING THE ACTION AS TO DEFENDANT CELOSSE ONLY** |
| v. | **(Doc. 116)** |
| **CA CORRECTIONAL INSTITUTION, et al.** | |
| Defendant. | |

The parties have stipulated to dismiss this action as to Defendant Celosse only according to Federal Rules of Civil Procedure Rule 41(a)(1) with prejudice and with each side to bear their own fees and costs. (Doc. 116) Accordingly, the Clerk of Court is DIRECTED to close this action as to defendant K. Celosse only.

IT IS SO ORDERED.

Dated:   **December 7, 2021**          _ **/s/ Jennifer L. Thurston**
                                      CHIEF UNITED STATES MAGISTRATE JUDGE