**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANA SMITHEE, et al., | Case No.: 1:19-cv-00004-JLT-BAK (GSA) |
| Plaintiffs, | ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT NARAYAN TO FILE RESPONSIVE PLEADING TO FIFTH AMENDED COMPLAINT |
| v. | |
| PRATAP NARAYN, | |
| Defendant. | (Doc. 131) |

Pursuant to the parties' stipulation, good cause appearing therefore, Defendant Narayan SHALL file a responsive pleading to the fifth amended complaint on or before February 28, 2022.

IT IS SO ORDERED.

Dated:   **February 8, 2022**          **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

1